UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SAJOR-REEDER,<br><br>    Petitioner,<br><br>    v.<br><br>J. CAVAZOS, Warden,<br><br>    Respondent.. | No. CV 11-5701 VAP (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: Dec 23 2013

                                                    VIRGINIA A. PHILLIPS<br>                                                    United States District Judge